# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00247-CV

### Doreen Renee Sims, Appellant

### v.

### Paul Clement Sweeney, Appellee

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-FM-13-005852, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Doreen Renee Sims has filed an affidavit of indigence in this Court. The court reporter has filed a response asserting that appellant is not indigent. We therefore abate the appeal and remand to the trial court to hear evidence, make factual determinations, and grant the appropriate relief. *See* Tex. R. App. P. 20.1(h)(4). Notice shall be given and the hearing shall be held within the deadlines set out in the rules of appellate procedure. *See id.* R. 20.1(i)(1) (trial court must set hearing and notify parties and court reporter), (2) (hearing must be held *within ten days* of date trial court receives referral of contest), (3) (trial court may extend time for hearing for up to twenty days), (4) (contest is deemed overruled unless trial court signs order sustaining contest within period set for hearing). When the trial court has made a determination concerning the contest, it

will provide this Court with a supplemental record containing a signed order within three days after signing the order. *See* Tex. R. App. P. 20.1(j)(1), (3).

It is ordered May 13, 2016.

Before Justices Puryear, Goodwin, and Field

Abated and Remanded

Filed:  May 13, 2016